# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 46 EAL 2016

       Respondent             :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

       v.                       :

RYAN HUMMEL,                :

       Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.